E-FILED
Tuesday, 22 July, 2008   04:04:52 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) | |
|   ) | |
|   **Plaintiff,**   ) | |
|   v.   ) | Case No. 04-CR-20029 |
|   ) | |
| **PERRY HONORABLE,**   ) | |
|   ) | |
|   **Defendant.**   ) | |

**OPINION**

On March 7, 2005, Defendant, Perry Honorable, was sentenced to a term of 84 months in the Federal Bureau of Prisons for the offense of possession of a firearm by a felon. Defendant did not file a Notice of Appeal. On July 21, 2008, Defendant filed a Motion for Modification of Sentence (#20). Defendant asked this court to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2). In support of this request, Defendant cited several cases but appears to be relying on an amendment to the United States Sentencing Guidelines which was effective on November 1, 2000.

This court first notes that "[o]nce a district court enters a final judgment (which in a criminal case means the sentence) it lacks jurisdiction to continue hearing related issues, except to the extent authorized by statute or rule." United States v. Campbell, 324 F.3d 497, 500 (7th Cir. 2003) (Easterbrook, J., concurring). Section 3582(c)(2) gives this court authority to modify a sentence when a defendant "has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). That is obviously not the case here, where the amendment relied upon was effective more than four years prior to Defendant's sentencing hearing. This court therefore concludes that it does not have jurisdiction to modify Defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2). See United States

v. Montana, 2003 WL 21801029, at *1 (N.D. Ill. 2003).

IT IS THEREFORE ORDERED THAT Defendant's Motion for Modification of Sentence (#20) is denied for lack of jurisdiction.

ENTERED this 22nd day of July, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE